**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 881 MAL 2016

             Respondent

                        :  Petition for Allowance of Appeal from
                        :  the Order of the Superior Court

            v.

NELSON MARTINEZ,

             Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.